(April 29, 1986)

■ In the Matter of the CITY OF RENSSELAER et al., Petitioners, v TOWN BOARD OF THE TOWN OF NORTH GREENBUSH, Respondent.—Motion to dismiss annexation proceeding brought pursuant to General Municipal Law § 712 granted, without costs, on the ground that the proceeding was not timely commenced within the 30-day period as required by General Municipal Law § 712 (2). Kane, J. P., Main, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.